**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7361**

———————

RONNIE MULLINS,

                                    Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA; RICHARD RAMIREZ; E.
MACE;  MARK  DIB;  SALVATORE  LANASE;  KAREN
LAMBRIGHT; JANET BUNTS,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (1:06-cv-00105)

———————

Submitted:  January 17, 2008        Decided:  January 25, 2008

———————

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronnie Mullins, Appellant Pro Se.  Daniel W. Dickinson, Jr., OFFICE
OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia; William
Eugene Galeota, STEPTOE & JOHNSON, Morgantown, West Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Mullins appeals the district court's order adopting the report of the magistrate judge and denying relief on Mullins' complaint asserting deliberate indifference to medical needs and medical negligence pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mullins v. United States, No. 1:06-cv-00105 (N.D.W. Va. Aug. 30, 2007). We deny Mullins' motion for leave to proceed on appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED